UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :
FRANK P. BATTAGLIA, and                         :    CHAPTER 7
JENNIFER L. BATTAGLIA,                          :
                                                :    Bky. No.: 09-20202
        Debtors                                 :

---

THOMAS FREEMAN,                                 :
                                                :
        Plaintiff                               :
                                                :
        vs.                                     :
                                                :    Adv. No.: 09-2087
FRANK P. BATTAGLIA, and                         :
JENNIFER L. BATTAGLIA                           :
                                                :
        Defendants                              :

## ORDER OF COURT

AND NOW, this **15** day of **April**, 2009, upon consideration of Plaintiff's Motion for a Default Judgment, and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion for Default Judgment is GRANTED. Judgment is entered against Defendants and in favor of Plaintiff, holding that the Debt of Frank P. Battaglia arising out of the assault and battery occurring on or about August 9, 1995, is non-dischargeable.

BY THE COURT,


_____, J.